IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:13CR314 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| JOHNNY MARTINEZ, | ) | |
| ANISHA MARTINEZ, | ) | |
| ANTHONY WEINRICH, | ) | |
| MARK PIPER, and | ) | |
| JACKLYNN WALKER, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the oral motion of the government and the defendants for an extension of the discovery and pretrial motion deadlines  The requests were made during the arraignment on the Indictment on August 28, 2013.  The oral motion was granted.

**IT IS ORDERED:**

1. The motion for an extension of time for discovery and to file pretrial motions is granted.  The parties shall have **to on or before September 20, 2013**, in which to complete discovery and shall have **to on or before October 18, 2013**, in which to file pretrial motions in accordance with the progression order.

2. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendants in a speedy trial.  The additional time arising as a result of the granting of the motion, i.e., **from August 28, 2013, through October 18, 2013**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reason counsel require additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case.  The failure to grant additional time might result in a miscarriage of justice.  18 U.S.C. § 3161(h)(7)(A) & (B).

DATED this 28th day of August, 2013.

BY THE COURT:

 s/ Thomas D. Thalken
United States Magistrate Judge