IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 8:13CR314 |
| Plaintiff, | |
| vs. | ORDER |
| JOHNNY MARTINEZ,<br>ANISHA MARTINEZ,<br>ANTHONY WEINRICH,<br>MARK PIPER, and<br>JACKLYNN WALKER, | |
| Defendants. | |

This matter is before the court on the motion for an extension of time by defendants Johnny Martinez (Filing No. 64) and Mark Piper (Filing No. 63). The motions will be granted.

**IT IS ORDERED:**

Defendant Martinez's and Piper's motions for an extension of time (Filing Nos. 64 and 63) are granted. The defendants are given until **on or before November 15, 2013,** in which to file pretrial motions pursuant to the progression order. The ends of justice have been served by granting such motions and outweigh the interests of the public and the defendants in a speedy trial. The additional **time** arising as a result of the granting of the motion, i.e., the time between **October 15, 2013, and November 15, 2013**, shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason defendants' counsel require additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B).

DATED this 15th day of October, 2013.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge