IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 8:13CR314 |
| vs. | ) | ORDER |
| JOHNNY MARTINEZ, ANISHA MARTINEZ, ANTHONY WEINRICH, MARK PIPER, and JACKLYNN WALKER, | ) | |
| Defendants. | ) | |

This matter is before the court on the motion of defendant Anthony Weinrich (Weinrich) for an extension of time to file pretrial motions (Filing No. 74). Weinrich seeks an additional thirty days in which to file pretrial motions. Weinrich has filed an affidavit wherein he consents to the motion and acknowledges he understands the additional time may be excludable time for the purposes of the Speedy Trial Act (Filing No. 75). Weinrich's counsel represents that government's counsel has no objection to the motion. Upon consideration, the motion **will be granted as to all defendants.**

**IT IS ORDERED:**

1.  Weinrich's motion to extend the pretrial motion deadline (Filing No. 74) is granted.

2.  ALL DEFENDANTS are given until **on or before December 23, 2013,** in which to file pretrial motions pursuant to the progression order. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendants in a speedy trial. The additional **time** arising as a result of the granting of the motion, i.e., **the time between November 20, 2013, and December 23, 2013**, shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason defendants' counsel require additional time to adequately prepare the case,

taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B).

    DATED this 20th day of November, 2013.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge