**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | **8:13CR314** |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| JOHNNY MARTINEZ, | ) | |
| ANISHA MARTINEZ, | ) | |
| ANTHONY WEINRICH, | ) | |
| MARK PIPER, and | ) | |
| JACKLYNN WALKER, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the motion for an extension of time by defendant Anthony Weinrich (Weinrich) (Filing No. 104). Weinrich seeks an extension of thirty days in which to file pretrial motions in accordance with the progression order (Filing No. 40). Weinrich has filed an affidavit wherein he consents to the motion and acknowledges he understands the additional time may be excludable time for the purposes of the Speedy Trial Act (Filing No. 105). Upon consideration, the motion will be granted and the pretrial motion deadline **will be extended for all defendants in this matter**.

**No further extensions of the pretrial motion deadline will be granted absent a showing by affidavit that the denial of such an extension would constitute a manifest injustice**.

**IT IS ORDERED:**

Defendant Weinrich's motion for an extension of time (Filing No. 104) is granted. **ALL DEFENDANTS** are given until **on or before March 3, 2014,** in which to file pretrial motions pursuant to the progression order. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendants in a speedy trial. The additional **time** arising as a result of the granting of the motion, i.e., the time between **January 28, 2014, and March 3, 2014**, shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason defendants' counsel require additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B).

DATED this 28th day of January, 2014.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge